IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| JASON VAN DUSEN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | Case No. CIV-06-295-M |
| | ) | |
| MIKE MULLIN, Warden, OSP, and | ) | |
| THE ATTORNEY GENERAL OF | ) | |
| THE STATE OF OKLAHOMA, | ) | |
| DREW EDMONDSON, | ) | |
| | ) | |
| Respondents. | ) | |

## ORDER

On November 7, 2006, United States Magistrate Judge Robert E. Bacharach issued a Report and Recommendation in this action brought pursuant to 28 U.S.C. § 2254, seeking a writ of habeas corpus. The Magistrate Judge recommended the denial of petitioner's requests for an evidentiary hearing and the issuance of a writ of habeas corpus. Petitioner was advised of his right to object to the Report and Recommendation by November 27, 2006. On November 28, 2006, petitioner filed his objections. In his objections, petitioner objects to the Report and Recommendation in its entirety.

Having carefully reviewed this matter de novo, the Court:

(1) ADOPTS the thorough and well-reasoned Report and Recommendation issued by the Magistrate Judge on November 7, 2006;

(2) DENIES petitioner's request for an evidentiary hearing;

(3) DENIES the Petition for Writ of Habeas Corpus; and

(4)     ORDERS that judgment in favor of respondents issue forthwith.

**IT IS SO ORDERED this 14th day of December, 2006.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE